| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics In Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>LORENZ, MYRON J | 2. Court or Organization<br><br>U.S. DISTRICT COURT, CASD | 3. Date of Report<br><br>5/10/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE, ACTIVE | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial  ◉ Annual  ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>U.S. DISTRICT COURT<br>940 FRONT STREET RM 5145<br>SAN DIEGO CA 92101-8911 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | TRUST |
| 2. MEMBER | BOARD OF ADVISORS OF MARINE CORPS RECRUIT DEPOT MUSEUM & HISTORICAL SOCIETY |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – (Transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| | | Name of Person Reporting | | | Date of Report |
|---|---|---|---|---|---|
| | | LORENZ, MYRON J | | | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Parcel # 1, San Diego County, California | | None | O | W | | | | | |
| 2. US BANK | A | Interest | K | T | | | | | |
| 3. WELLS FARGO BANK | | None | J | T | | | | | |
| 4. AIM CHARTER FUND A | | None | K | T | | | | | |
| 5. AIM PREMIER EQUITY B (FORMERLY KNOWN AS AIM VALUE FUND B) | | None | J | T | | | | | |
| 6. AIM CASH RESERVE | A | Interest | K | T | Purchase | 01-02 | K | A | |
| 7. MFS CASH RESERVE FUND | A | Dividend | J | T | Purchase | 01-02 | J | A | |
| 8. MS DIVIDEND GROWTH FUND B | B | Dividend | K | T | | | | | |
| 9. MS EUROPEAN GROWTH FUND B | A | Dividend | K | T | | | | | |
| 10. MS ACTIVE ASSETS MONEY TRUST | A | Dividend | M | T | | | | | |
| 11. SELIGMAN COMM & INFO FUND | | | K | T | | | | | |
| 12. TRANSAMERICA INDIV RETIREMENT ANNUITY | B | Interest | L | T | | | | | |
| 13. SAN DIEGO COUNTY EMPLOYEES' RETIREMENT ASSOCIATION | B | Interest | M | T | | | | | |
| 14. FNMA 1994-43 G 6.5% HELD IN IRA | | None | -- | _ | Redemp | 2001 | J | A | |
| 15. MS EUROPEAN GROWTH FUND B HELD IN IRA | A | Dividend | K | T | | | | | |
| 16. MS AMER OPPORTUNITES FUND B HELD IN IRA | | None | K | T | | | | | |
| 17. MS LIQUID ASSET FUND HELD IN IRA | A | Dividend | J | T | | | | | |
| 18. FNMA REMIC TR 1993 HELD IN IRA | A | Interest | K | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. MURIETTA VY CALIF SCH DIST. CTFS PARTN CALLABLE | B | Interest | K | T | | | | | |
| 20. UNIVERSITY OF CAL. REVS | B | Interest | K | T | | | | | |
| 21. CALIFORNIA STATEWIDE CMNTYS | B | Interest | K | T | | | | | |
| 22. CALIFORNIA EDL FACS AUTH REV | B | Interest | K | T | | | | | |
| 23. UNIVERSITY CALIF REVS | A | Interest | J | T | | | | | |
| 24. PUTNAM NEW OPPORTUNITY B HELD IN IRA | | None | K | T | | | | | |
| 25. OPPENHEIMER GLOBAL FD CL B HELD IN IRA | | None | K | T | | | | | |
| 26. AIM PREMIER EQUITY B (FORMERLY KNOWN AS AIM VALUE FUND B) | | None | K | T | | | | | |
| 27. DAVIS NEW YORK VENTURE HELD IN IRA | | None | K | T | | | | | |
| 28. MS TECHNOLOGY FUND B HELD IN IRA | | None | | | Exchg/Sell | 10-03 | J | | |
| 29. MS INFORMATION FUND B | | None | J | T | Buy | 10-03 | J | | |
| 30. MS MID CAP EQUITY TRUST B HELD IN IRA | | None | J | T | | | | | |
| 31. MS MPS S&P 500 INDEX HELD IN IRA | | None | L | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | LORENZ, MYRON J | 5/10/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____        Date  5/10/04 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544